BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Email: Rebecca_Silbert@fd.org

Counsel for Defendant SIMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 00-40015 DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION REGARDING** |
| vs. ) | **SENTENCE REDUCTION UNDER** |
| ) | **U.S.S.G. AMENDMENT 706 (AS** |
| VANDALE SIMS, ) | **AMENDED BY 711); ORDER** |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The Court has indicated that it is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level:   29

   Criminal History Category:   III

   Guideline Range:   108-135

   Mandatory Minimum: 60 months

Stip and Proposed Order Reduction Sentence        1

1  3.  Defendant was sentenced to 121 months imprisonment on May 9, 2003.

2  4.  Defendant's current projected release date is December 12, 2009.

3  5.  Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §

4  3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission

5  Guidelines Manual.

6  6.  Defendant's revised guideline calculation is as follows:

7      Total Offense Level:   27

8      Criminal History Category:   III

9      Guideline Range:   87-108

10  7.  The parties have no reason to dispute the facts in the Reduction of Sentence Report

11      submitted to the Court by the probation office.

12  8.  Based upon the foregoing, the parties hereby stipulate that a sentence of 97 months is

13      appropriate in this matter.

14  9.  The parties further stipulate that all other aspects of the original judgment order including

15      the length of term of supervised release, all conditions of supervision, fines, restitution,

16      and special assessment remain as previously imposed.

17  10.  Defendant stipulates that he waives and does not request a hearing in this matter pursuant

18      to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220

19      (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*,

20      472 F.3d 1167 (9th Cir. 2007).

21  11.  Defendant waives his right to appeal the district court's sentence.

22  12.  Accordingly, the parties agree and stipulate that an amended judgement may be entered

23      by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and

24      USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission*

25      *Guidelines Manual*.

26

IT IS SO STIPULATED:

/S/

Date: May 9, 2008

Rebecca Sullivan Silbert
Counsel for Vandale Sims

/S/

Date: May 9, 2008

Thomas Mazzucco
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the above stipulation, the Court hereby ORDERS the following:

1. The Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2);

2. **The original Judgment in the above-captioned case is AMENDED to impose a term of imprisonment of 97 months.** All other aspects of the original judgment, including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

3. Defendant's original guideline calculation was as follows:

   Total Offense Level:   29

   Criminal History Category:   III

   Guideline Range:       108-135

   Mandatory Minimum: 60 months

   Sentence Imposed:     121 months

Stip and Proposed Order Reduction Sentence         3

4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual;

5. Defendant's revised guideline calculation is as follows:

Total Offense Level:   27

Criminal History Category:   III

Guideline Range:   87-108

6. Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

7. Defendant has waived his right to appeal the sentenced imposed by this Order.

Date: May 15, 2008

_____
Honorable D. Lowell Jensen
Judge, United States District Court