JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CSBN 194542)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA 94612
    Telephone: (510) 637-3924
    FAX: (510) 637-3724
    Email: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 00-40015 DLJ |
| )  Plaintiff, ) | **ORDER AND PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| v. ) | |
| VANDALE ROEMEL SIMS, ) | |
| ) Defendant. ) | |

TO: The Honorable Donna M. Ryu, United States Magistrate Judge for the Northern District of California:

    The United States of America, by Assistant United States Attorney Chinhayi Cadet, respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner VANDALE ROEMEL SIMS. The prisoner is requested to appear in the above-referenced matter before the Honorable Laurel Beeler, United States Magistrate Judge, 1301

//

//

WRIT AD PROSEQUENDUM
CR 00-40015 DLJ

Clay Street, Courtroom #4, Oakland, California on May 28, 2010 at 10:00 a.m.  His place of custody and jailor are set forth in the attached writ.

DATED: May 3, 2010                       Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            _____/s/_____
                                            CHINHAYI COLEMAN CADET
                                            Assistant United States Attorney

IT IS SO ORDERED.

DATED: May _3_, 2010

                                            HONORABLE DONNA M. RYU
                                            United States Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Donna M. Ryu]

WRIT AD PROSEQUENDUM
CR 00-40015 DLJ

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:   **FEDERICO ROCHA**, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of Santa Rita:

**GREETINGS**

**WE COMMAND**, pursuant to 18 U.S.C. § 3621(d), that on May 28, 2010, at 10:00 a.m., you have and produce the body of VANDALE ROEMEL SIMS, CDC Number AWM805, who is in your custody in the herein above-mentioned institution, before the United States District Court in and for the Northern District of California, in the courtroom of Honorable Laurel Beeler, United States Magistrate Judge, 1301 Clay Street, Courtroom #4, Oakland, California, in order that VANDALE ROEMEL SIMS may then appear in District Court upon charges heretofore filed against him in the above-captioned case, and that you abide by such order of the Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of proceedings in this Court;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

**WITNESS** the Honorable, United States Magistrate Judge for the Northern District of California.

Dated: May _3_, 2010

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 00-40015 DLJ