JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CSBN 194542)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA 94612
    Telephone: (510) 637-3924
    FAX: (510) 637-3724
    Email: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 00-40015 DLJ |
| Plaintiff, | ) ) | **[PROPOSED]** ORDER AND PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) ) | |
| VANDALE ROEMEL SIMS, | ) ) | |
| Defendant. | ) | |

TO:    The Honorable Donna M. Ryu, United States Magistrate Judge for the Northern District of California:

    The United States of America, by Assistant United States Attorney Chinhayi Cadet, respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner VANDALE ROEMEL SIMS. The prisoner is requested to appear in the above-referenced matter before the Honorable Laurel Beeler, United States Magistrate Judge, 1301 Clay Street, Courtroom #4, Oakland, California on July 12, 2010 at 10:00 a.m. His place of

///

///

WRIT AD PROSEQUENDUM
CR 00-40015 DLJ

1 custody and jailor are set forth in the attached writ.

3   DATED: June 23, 2010                    Respectfully submitted,

4                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

6                                           _____/s/_____
                                            CHINHAYI COLEMAN CADET
7                                           Assistant United States Attorney

8   IT IS SO ORDERED.

9   DATED: June __24__, 2010

11                                          _____
                                            HONORABLE DONNA M. RYU
12                                          United States Magistrate Judge

WRIT AD PROSEQUENDUM
CR 00-40015 DLJ

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: **FEDERICO ROCHA**, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of San Quentin:

## GREETINGS

**WE COMMAND**, pursuant to 18 U.S.C. § 3621(d), that on July 12, 2010, at 10:00 a.m., you have and produce the body of VANDALE ROEMEL SIMS, CDC Number AD2478, who is in your custody in the herein above-mentioned institution, before the United States District Court in and for the Northern District of California, in the courtroom of Honorable Laurel Beeler, United States Magistrate Judge, 1301 Clay Street, Courtroom #4, Oakland, California, in order that VANDALE ROEMEL SIMS may then appear in District Court upon charges heretofore filed against him in the above-captioned case, and that you abide by such order of the Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of proceedings in this Court;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

**WITNESS** the Honorable, United States Magistrate Judge for the Northern District of California.

Dated: June 24, 2010

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By:   /s/ Lashanda Scott
      DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 00-40015 DLJ